UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ELI ANGELINO,<br><br>                              Plaintiff,<br><br>     -against-<br><br>NYC DEPARTMENT OF HEALTH AND<br>MENTAL HYGIENE,<br><br>                              Defendant. | 24 CIVIL 7907 (LTS)<br><br>CIVIL JUDGMENT |

For the reasons stated in the June 20, 2025, order, this action is dismissed.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith. See Coppedge v. United States, 369 U.S. 438, 444-45 (1962).

SO ORDERED.

Dated:   June 24, 2025
         New York, New York

                                                        /s/ Laura Taylor Swain
                                                        LAURA TAYLOR SWAIN
                                                        Chief United States District Judge